

FILED
JAN 18 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     CRIMINAL NO. 23-20022

vs.                                      HONORABLE GEORGE C. STEEH

D-1   MOHAMED KAZKAZ,

        Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

      I, MOHAMED KAZKAZ, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| Count 1: | Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1349 - Up to 20 years' imprisonment, a $250,000 fine, or both. |
| Counts: 2: | Conspiracy to Pay and Receive Health Care Kickbacks in violation of 18 U.S.C. § 371 –- Up to 5 years' imprisonment, a (1) $250,000 fine and (2) twice the gross gain or twice the loss; or both; |
| Counts 3 -4: | Payment of Kickbacks and Bribes in Connection with a Federal Health Care Program in violation of 42 U.S.C. §1302 a-7b(b)(2)(A) – Up to 5 years' imprisonment, a $250,000 fine, or |

1

both;

Counts 5 - 6:    Engaging in Monetary Transactions Exceeding $10,000 in violation of 18 U.S.C. § 1957 - Up to 10 years' imprisonment, a $250,000 fine, or both.

_____
MOHAMED KAZKAZ
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Date  1/18/23

_____
ANJALI PRASAD
Counsel for Def. MOHAMED KAZKAZ

2