UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff/ Respondent,        Case No. 2:23-cr-20022

v.

                                                    Hon. Gershwin A. Drain

D-1 MOHAMED KAZKAZ,
D-2 ZIAD KHALEL,

        Defendants,

NATIONAL RESTAURANT CHAIN NO. 1,

        Petitioner.

---

**Ex Parte Application for Order Sealing Exhibits to National Restaurant Chain No. 1's Supplemental Brief In Support of Their Motion to Modify Post-Indictment Restraining Order and Release Their Funds/Substitute Property**

---

NOW COMES the National Restaurant Chain No. 1, by and through DAVID W. JONES, Attorney for Petitioner, and hereby applies to this Court for an Order permitting National Restaurant Chain No. 1 to file the Exhibits to their Supplemental Brief in Support of their Motion to Modify Post-Indictment Restraining Order and Release their Funds/Substitute Property **under seal**, because the Exhibits contain confidential, financial, sensitive, and proprietary information regarding National Restaurant Chain No. 1's business.

Revealing this information and the subject of this investigation will cause irreparable harm to their business relationships, property, and reputation, which could lead to the collapse of the Company.

## Conclusion and Relief

WHEREFORE, National Restaurant Chain No. 1 respectfully requests that this Court grant its request to seal the Exhibits in Support of National Restaurant Chain No. 1's Supplemental Brief in Support of their Motion to Modify Post-Indictment Restraining Order and Release their Funds/Substitute Property.

    Respectfully Submitted,

    SCHENK & BRUETSCH, PLC

    /s/ David W. Jones
    By: David W. Jones (P57103)
    Thomas P. Bruetsch (P57473)
    211 W. Fort Street, Suite 1410
    Detroit, MI 48226
    (313) 774-1000
    david.jones@sbdetroit.com
    thomas.bruetsch@sbdetroit.com

Dated: April 26, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff/ Respondent,

v.

       Case No. 2:23-cr-20022

       Hon. Gershwin A. Drain

D-1 MOHAMED KAZKAZ,
D-2 ZIAD KHALEL,

       Defendants,

NATIONAL RESTAURANT CHAIN NO. 1,

       Petitioner.

---

**Brief in Support of Ex Parte Application for Order Sealing Exhibits to National Restaurant Chain No. 1's Supplemental Brief In Support of Their Motion to Modify Post-Indictment Restraining Order and Release Their Funds/Substitute Property**

---

This brief supports National Restaurant Chain No. 1's Application for an Order Sealing the Exhibits to National Restaurant Chain No. 1's Supplemental Brief in Support of their Motion to Modify Post-Indictment Restraining Order and Release their Funds/Substitute Property. The Exhibits contain confidential, financial, sensitive, and proprietary information regarding National Restaurant Chain No. 1's business.

Revealing this information and the subject of this investigation will cause irreparable harm to their business relationships, property, and reputation, which could lead to the collapse of the Company. National Restaurant Chain No. 1's requests that the Court issue an Order sealing the Exhibits, whereupon they will be filed under seal.

### Conclusion and Relief

WHEREFORE, National Restaurant Chain No. 1 respectfully requests that this Court enters the proposed Order Sealing the Exhibits.

Respectfully Submitted,

SCHENK & BRUETSCH, PLC

/s/ David W. Jones
By: David W. Jones (P57103)
Thomas P. Bruetsch (P57473)
211 W. Fort Street, Suite 1410
Detroit, MI 48226

(313) 774-1000
david.jones@sbdetroit.com
thomas.bruetsch@sbdetroit.com

Dated: April 26, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff/ Respondent,        Case No. 2:23-cr-20022

v.

        Hon. Gershwin A. Drain

D-1 MOHAMED KAZKAZ,
D-2 ZIAD KHALEL,

        Defendants,

NATIONAL RESTAURANT CHAIN NO. 1,

        Petitioner.

---

**Order Sealing Exhibits to National Restaurant Chain No. 1's Supplemental Brief In Support of Their Motion to Modify Post-Indictment Restraining Order and Release Their Funds/Substitute Property**

---

This matter comes before the Court pursuant to National Restaurant Chain No. 1's Ex Parte Application for Order Sealing Exhibits to National Restaurant Chain No. 1's Supplemental Brief in Support of their Motion to Modify Post-Indictment Restraining Order and Release their Funds/Substitute Property. This Court has reviewed the pleadings submitted and being aware of the nature of the matter presented to it, and the stated need for sealing.

IT IS HEREBY ORDERED THAT the Exhibits to National Restaurant Chain No. 1's Supplemental Brief in Support of their Motion to Modify Post-Indictment Restraining Order and Release their Funds/Substitute Property shall be sealed until further order of this Court.

S/_____
HONORABLE GERSHWIN A. DRAIN
United States District Judge

Dated: