UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

MOHAMED KAZKAZ, ET AL.

      Defendants.
_____/

Case No. 23-20022

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER STRIKING NON-RESTAURANT GROUP PETITIONERS' EX PARTE MOTION TO SEAL BANK STATEMENTS ATTACHED IN SUPPORT OF PETITIONERS' MOTION FOR RETURN OF ILLEGALLY SEIZED [ECF No. 82]

On May 15, 2023, third-party National Restaurant Chain No. 1 filed a Motion to Seal Bank Statements Attached in Support of Petitioners' Motion for Return of Illegally Seized Assets ("ex parte motion") [ECF No. 82].

Petitioner's motion states that it relies on L.R. 7.1 in support of its motion. But the motion does not contain a statement of concurrence. see L.R. 7.1 (a)(1)-(2). The Court is not satisfied that the petitioner was unable to seek concurrence or that it sought concurrence from the Government, who could potentially agree to the motion. Courts in this district are permitted to strike a motion where it does not comply with the local rules and does not contain a statement that satisfies L.R. 7.1 (a). *All About Chores LLC v. Lyon*, 2019 WL 2590750, at *1 (E.D. Mich. June 25,

2019) (citing *Tubbs Bros., Inc. v. Prime Eagle, LLC*, 2012 WL 3065451 (E.D. Mich. Jul. 27, 2012); see also *Cristini v. City of Warren*, 2014 WL 12657024, at *2 (E.D. Mich. Feb. 6, 2014). Finally, the motion does not provide any legal authority in support of the ex parte motion.

For these reasons, the ex parte motion is **STRICKEN**.

**SO ORDERED.**

Dated:  May 17, 2023                                        /s/Gershwin A. Drain
                                                            GERSHWIN A. DRAIN
                                                            United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 17, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk