United States District Court
Eastern District of Michigan
Southern Division

United States of America,

      Plaintiff,

                                      Criminal No. 23-20022

v.

                                      Honorable Gershwin A. Drain

D-1 Mohamad Kazkaz,

      Defendant.

---

## Government's Response And Brief Opposing Defendant's Motion to Extend Surrender Date

---

    The United States, by and through undersigned counsel, submits this response opposing defendant's motion to extend surrender date.

                         Respectfully submitted,

                         Dawn N. Ison
                         United States Attorney

                         s/Philip A. Ross
                         Philip A. Ross
                         Assistant U.S. Attorney
                         211 West Fort Street, Ste. 2001
                         Detroit, Michigan 48226
                         (313) 226-9790

Date: November 27, 2023          Philip.Ross@usdoj.gov

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

      Plaintiff,

                                          Criminal No. 23-cr-20022

v.

                                          Honorable Gershwin A. Drain

D-1 Mohamad Kazkaz

      Defendant.

---

### Brief Opposing Defendant's Motion to Extend Surrender Date

---

The Bureau of Prisons designated defendant Mohamad Kazkaz, an admitted health care fraudster, to Federal Medical Center Lexington. (Exhibit 1). Federal Medical Center Lexington is an "administrative security medical center with an adjacent minimum security camp."[1] He now moves this court to extend his surrender date for three months "pending diagnosis" and "unfinished medical procedures." His motion lacks any claim that the Bureau of Prisons is incapable of accommodating any potential medical issues he may have nor does he claim to

---

[1] https://www.bop.gov/locations/institutions/lex/, last accessed on November 27, 2023

2

have any medical condition any more remarkable than the BOP routinely

addresses. His motion should be denied.

Respectfully submitted,

Dawn N. Ison
United States Attorney

s/Philip A. Ross
Philip A. Ross
Assistant U.S. Attorney
211 West Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9790
Philip.Ross@usdoj.gov

Date:  November 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the Court and

sent via First Class Mail to the following:

Mohamad M. Kazkaz
34600 West 12 Mile Road
Farmington Hills, Michigan 48331


s/Philip A. Ross
Philip A. Ross
Assistant U.S. Attorney
211 West Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9790
Philip.Ross@usdoj.gov

Date:  November 27, 2023